An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO J.S., A MINOR CHILD.

No. 61507

PEARL E.S.,
Appellant,
vs.
WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES,
Respondent.

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a proper person appeal from a district court order terminating appellant's parental rights. Second Judicial District Court, Family Court Division, Washoe County; Deborah Schumacher, Judge.

Notice of entry of the district court's order was served on appellant by respondent's counsel via U.S. mail on July 20, 2011. Because service of the notice of entry was by mail, appellant had 33 days from the date of service to file her notice of appeal. *See* NRAP 4(a)(1); NRAP 26(c). Appellant's notice of appeal was therefore due to be filed in the district court on or before August 22, 2011. Appellant did not file her notice of appeal until August 9, 2012, nearly a year after the 33-day period for filing her notice of appeal had run. Because appellant's notice of appeal was untimely filed, we lack jurisdiction to consider this appeal. *See Healy v.*

13-12502

*Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Deborah Schumacher, District Judge, Family Court Division
Pearl E.S.
Washoe County District Attorney
Washoe District Court Clerk